# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑        Case No. CR-18-260-SLP

Number of Counts 97 + Forfeiture   Number of Defendants 55   USAOID No. _____   By: alk

**SUPERSEDING INDICTMENT**

Sealed: Yes ☑ No ☐        OCDETF: Yes ☑ No ☐        Notice ☑  Summons ☐  Writ ☐  Warrant ☐  to Issue

| | |
|---|---|
| **DEFENDANT:** RIKKI ARIN MOSLEY | DEC 1 2 2018 |
| Alias(es): | Address: |
| | Phone: |
| Age & DOB: (30) XX-XX-1987 | SS#: XXX-XX-4837 | Juvenile: Yes ☐ No ☑ | Interpreter: Yes ☐ No ☑ |
| SEX: M ☐ F ☑ | RACE: White | Language/Dialect: |

**Defendant Status:**

☑ Not in Custody

Type of Bond Recommended on this Charge:
OR ☑   Cash ☐   10% ☐   Unsecured ☐   Surety ☐

Bond set at: $ _____ Date: _____
Current Bond on Other Charge  Federal ☐  State ☐

Bond in Amount of: $ 10,000

☐ In Jail at:        Under Prisoner/Register No.:        Detention ☐

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- 18-456-P | Government Motion to Detain: Yes ☑  No ☐ |
| Complaint: Yes ☑ No ☐ | Bond Set: $10,000    Date: 09/20/2018 |

RECEIVED

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: | DEC 1 2 2018 |
| Additional Defendants: Yes ☐ No ☐ | Total Number of defendants: | CARMELITA REEDER SHINN CLERK, U.S. DISTRICT COURT  BY _____ DEPUTY |

**Attorney Information:**

| Defense Counsel: Cyd Gilman | AUSA: David McCrary | |
| Address: 1551 N. Waterfront Parkway, Suite 100  Wichita, KS 67206-4466 | Phone: 405/553-8700 | Fax: 405/553-8888 |
| Phone: (316) 291-9757 | Fax: (866) 889-9719 | Federal Agent/Agency: FBI |
| Retained ☐   CJA Panel ☑   Public Defender ☐ | Local Agent/Agency: |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 35 | 21 U.S.C. § 841(a)(1)  18 U.S.C. § 2 | Possession of Methamphetamine with Intent to Distribute  Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |

Date: 12/10/18        Signature of AUSA _____        800/6-97